# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 1:18CR00726-1** |
| ) | **Hon. Judge John Blakey** |
| **ANTHONY HENRY** ) | |

## DEFENDANT'S MOTION TO CONTINUE

Defendant, Anthony Henry by and through his attorney, Michael P. Gillespie, respectfully moves this Court for a continuance of his self-surrender date. In support of said motion, defense counsel represents as follows:

1. Mr. Henry pled guilty in the above-captioned matter on May 19th, 2023.

2. Mr. Henry was sentenced by this Honorable Court to 45 months in the Bureau of Prisons on September 22nd, 2023.

3. Mr. Henry's self-surrender date is November 20th, 2023.

4. Mr. Henry serves as the primary caretaker for his nine-year-old niece who is diagnosed with spastic cerebral palsy, epilepsy, and moderate hearing loss while his sister attends school. (See Attached Exhibit A-E).

5. Mr. Henry's sister has managed to contact an in-home caregiver who would be able to start in January. (See Attached Exhibit A).

6. As a result, Mr. Henry is requesting a 60-day continuance of his self-surrender date until which time an in-home caregiver can be hired for his niece.

7. Undersigned counsel has spoken to the Government who indicated that they object to Mr. Henry's request.

WHEREFORE, the defendant Anthony Henry respectfully requests that his Motion to Continue be granted.

Respectfully submitted,

*/s/ Michael P. Gillespie*

MICHAEL P. GILLESPIE
*Counsel for Anthony Henry*
The Law Offices of Gillespie & Gillespie
1550 N. Northwest Hwy. Suite 203
Park Ridge, IL 60068
Tel. (312) 286-6687
michael@gillespieandgillespielaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States, Northern District of Illinois and said filing complies with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/ *Michael P. Gillespie*
Michael P. Gillespie

MICHAEL P. GILLESPIE
*Counsel for Anthony Henry*
The Law Offices of Gillespie & Gillespie
1550 N. Northwest Hwy. Suite 203
Park Ridge, IL 60068
Tel. (312) 286-6687
michael@gillespieandgillespielaw.com