To Honorable Judge Blakey,

11/11/2023

       I understand that my brother, Anthony Henry Jr., is scheduled to surrender on November 20th, 2023, but I kindly request an extension on his surrender date. This request is based on the current circumstances surrounding my daughter Mulan Henry, who is 9 years old and has been diagnosed with spastic cerebral palsy, epilepsy, and moderate hearing loss.

As a single mother, I have always strived to be independent and provide for my daughter. However, with Anthony's invaluable assistance, I have been able to manage my responsibilities more effectively. His support has allowed me to return to work, pursue further education, and find some peace of mind amidst the challenges we face.

Recently, I successfully completed the Turner Construction School of Management program and have been accepted to the Tuck School of Business in New Hampshire, with classes commencing in December. This opportunity will greatly enhance my career prospects and enable me to provide a better future for my daughter.

Currently, I am in the process of seeking in-home caregiver support for Mulan. I have found an agency that is willing to assist me starting in January, but there are still several steps to be completed, including interviews and other necessary arrangements. Given the importance of finding the right caregiver for my daughter's specific needs, I kindly request additional time to ensure that everything is properly situated before Anthony's absence.

Anthony Jr. plays a crucial role in Mulan's daily life. He assists me by taking her to school in the morning, attending her extracurricular activities after school, accompanying her to doctor's appointments, and providing emergency help whenever needed. His presence has been a tremendous source of support during this transitional period, and I believe it is essential to have him by our side until suitable arrangements are made.

I understand the seriousness of the situation and the importance of adhering to legal obligations. However, I kindly ask for your understanding and consideration in granting an extension on Anthony's surrender date. This additional time will allow me to secure the necessary support for my daughter and ensure a smooth transition for both of us.

Thank you for your attention to this matter, and I sincerely hope for your understanding and favorable decision.


Sincerely,

Yoshimi Henry
872-444-4476