Name: Mulan Henry | DOB: 5/16/2014 | MRN: 1426429 | PCP: Robin So, DO | Legal Name: Mulan Henry

# Health Summary (on behalf of Mulan)

Current Health Issues

## Current Health Issues

Consumer information about many health care issues is also available from KidsHealth. You may link to this externally developed and maintained website using MyChart through the link provided. The information provided by KidsHealth is intended to be supplemental information to any advice or instructions provided by your health care provider and is not intended to substitute in any way for medical education, training, treatment, advice, or diagnosis by a healthcare professional. A qualified healthcare professional should always be consulted before making any healthcare-related decision. In the event of an emergency, please call 911.

**Disclaimer: Certain diagnoses on file might be excluded from this list for privacy reasons.**
**This disclaimer will appear even if this is the full list.**

| Hie (hypoxic-ischemic encephalopathy), moderate<br>Added 7/8/2014 | Decreased body temperature<br>Added 7/8/2014 | Cerumen impaction, bilateral<br>Added 2/13/2015 |
|---|---|---|
| Hearing disorder<br>Added 3/25/2015 | Prolonged seizure<br>Added 8/18/2015 | Lack of coordination<br>Added 8/18/2015 |

| Weakness generalized<br>Added 8/18/2015 | Muscle spasticity<br>Added 2/10/2016 | Cerebral palsy with spastic diplegia<br>Added 5/26/2016 |
|---|---|---|
| Epileptic seizure<br>Added 5/26/2016 | Epilepsy with status epilepticus<br>Added 12/6/2016 | Equinus contracture of ankle<br>Added 6/21/2021 |

MyChart® licensed from Epic Systems Corporation © 1999 - 2023